UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 24-288 JRT/JFD

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 922(a)(8) |
| v. | 18 U.S.C. § 924(c) |
| | 21 U.S.C. § 841(a)(1) |
| (1) MARVIN LEE STEELE, and | 21 U.S.C. § 841(b)(1)(A) |
| | 21 U.S.C. § 841(b)(1)(B) |
| (2) DONALD RAY TATE, | 21 U.S.C. § 846 |
| | 21 U.S.C. § 853 |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy to Distribute Methamphetamine)

Beginning on or about June 1, 2024, and continuing through on or about July 31, 2024, in the State and District of Minnesota and elsewhere, the defendants,

**MARVIN LEE STEELE,** and
**DONALD RAY TATE,**

SCANNED
OCT 22 2024
U.S. DISTRICT COURT MPLS

did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Quantities of Controlled Substances Involved in the Conspiracy

1.  With respect to defendant **MARVIN LEE STEELE,** his conduct, which included the reasonably foreseeable conduct of other members of the conspiracy, involved a mixture or substance containing 500 grams or more of

methamphetamine, a controlled substance; in violation of Title 21, United States Code, Section 841(b)(1)(A).

2. With respect to defendant **DONALD RAY TATE**, his conduct, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance; in violation of Title 21, United States Code, Section 841(b)(1)(B).

## NOTICE OF PRIOR CONVICTION

Before committing the offenses charged in Count 1 of this Indictment, the defendant, **MARVIN LEE STEELE**, was convicted of domestic assault by strangulation, a serious violent felony that had become final and for which he served more than 12 months of imprisonment. *See State of Minnesota v. Marvin Lee Steele*, 62-CR-13-5475. As a result of this conviction, defendant Marvin Steele is subject to increased punishment under Title 21, United States Code, Section 851.

## COUNT 2
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)

On or about June 3, 2024, in the State and District of Minnesota, the defendant,

**DONALD RAY TATE,**

did knowingly possess a firearm, that is, a Glock model 19 9mm pistol bearing serial number AFYC642, in furtherance of a drug trafficking crime for which

he may be prosecuted in a court of the United States, that is, conspiracy to distribute methamphetamine, as set forth in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
(Felon in Possession of a Firearm)

On or about June 3, 2024, in the State and District of Minnesota, the defendant,

**DONALD RAY TATE,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Conviction | Location | Date of Conviction |
|---|---|---|
| Felon-in-Possession, Armed Career Criminal | District of Minnesota | 12/17/2008 |
| Distribution of Narcotics – 2nd Degree | Ramsey County | 5/25/2004 |
| Distribution of Narcotics – 3rd Degree | Ramsey County | 5/25/2004 |
| Racketeering | Ramsey County | 5/25/2004 |
| Aggravated Robbery – 1st Degree | Ramsey County | 4/10/2003 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Glock model 19 9mm pistol

bearing serial number AFYC642, with ammunition, in violation of Title 18, United States Code, Section 922(g)(1), and 924(a)(8).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a)(1) and (2), Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of that offense.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

As a result of the offenses alleged in Counts 2-3 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c), any

United States v. Marvin Lee Steele, et al.

firearms, ammunition, and accessories involved in, or used in the commission of Counts 2 through 3. This property includes but is not limited to a Glock Model 19 9mm pistol bearing serial number AFYC642, together with ammunition seized therewith.

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY           FOREPERSON



SCANNED
OCT 22 2024
U.S. DISTRICT COURT MPLS